IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID LIBRACE,

        Petitioner,

v.

WILLIAM CHESTER COLE,
Deceased and PATRICIA COLE,
JOHN C. COLE,

        Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5284

Opinion filed January 6, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

David Librace, pro se, Petitioner.

Patricia Ann Cole, pro se, Respondent.

PER CURIAM.

        The petition for writ of prohibition is denied on the merits.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.